## Skaggs, et al. v. Rader.

(Decided June 13, 1924.)

### Appeal from Laurel Circuit Court.

Vendor and Purchaser—Finding of no False Representation as to Coal Underlying Land Sustained by Evidence.—A finding that

there was no false representation by grantor as to amount of coal underlying land held sustained by evidence.

C. C. WILLIAMS for appellants.

HAZELWOOD & JOHNSON and FINLEY HAMILTON for appellee.

OPINION OF THE COURT BY JUDGE CLARKE—Affirming.

The single issue in this case is whether appellee Rader falsely represented to appellant Skaggs that the 80 acres of land conveyed to him and another contained about 65 acres of coal, because of which appellants sought to have the deed set aside and the *status quo ante* restored.

The only evidence in support of the charge is that of Skaggs, which is contradicted not only by the categorical denial of Rader, but by all of the circumstances as well.

Practically all of the coal had been taken out of the land many years before, and many evidences of this fact were witnessed by Skaggs, not only when appellee, at his request, showed him the land, but also when he had another party to show it to him when appellee was not present and before he ever met appellants or knew that they desired to purchase the land.

We are therefore of the opinion that the chancellor did not err in refusing to set the deed aside, or in enforcing the purchase money lien note.

Judgment affirmed.